In the Matter of the Petition of ULRICH MAURER for the Custody of WILLIAM MAURER, an Infant.

(Argued January 27, 1886; decided February 9, 1886.)

*M. L. Towns* for appellant.

*Stephen S. Jacobs* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.